1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA**

10       **EASTERN DIVISION**

11

12   TONY GOODRUM,                      )     No.  ED CV 10-1605-ODW (PLA)
                                        )
13                    Plaintiff,         )
                                        )     **ORDER ADOPTING MAGISTRATE**
14             v.                        )     **JUDGE'S FINAL REPORT AND**
                                        )     **RECOMMENDATION**
15   JOHN F. SALAZAR, Warden, et al.,    )
                                        )
16                    Defendants.        )
                                        )
17   ─────────────────────────────

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the

19   magistrate judge's final report and recommendation, and the objections to the report and

20   recommendation that have been filed herein.  The Court agrees with the recommendations of the

21   magistrate judge.

22       ACCORDINGLY, IT IS ORDERED:

23       1.     The final report and recommendation is adopted.

24       2.     Defendants' motion to dismiss is granted: (a) with respect to plaintiff's claim(s)

25   pertaining to the magazine *Revolution*, and dismissing such claim(s) without leave to amend but

26   without prejudice for failure to exhaust plaintiff's administrative remedies, and (b) with respect to

27   plaintiff's claims pertaining to the book *Revolution and Communism*, and dismissing such claims(s)

28   without leave to amend and with prejudice for failure to state a claim.

3.      Supplemental jurisdiction over any state law claims is declined without prejudice to plaintiff filing such claims in state court.

4.      Judgment shall be entered consistent with this order.

5.      The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: January 26, 2012

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE