# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TONY GOODRUM, | No. ED CV 10-1605-ODW (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JOHN F. SALAZAR, Warden, et al., | |
| Defendants. | |

Pursuant to the order adopting magistrate judge's final report and recommendation, IT IS ADJUDGED that this action is dismissed.

DATED: January 26, 2012

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE